

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-10-2006

# In Re: IT Grp Inc

Precedential or Non-Precedential: Precedential

Docket No. 05-2191

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: IT Grp Inc " (2006). *2006 Decisions.* Paper 667.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/667

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-2191
_____

IN RE:   IT GROUP, INC.,

Debtor

JOHN ACCARDI; DAVID L. BACKUS;
ROCHELLE BOOKSPAN; MELISSA L.DUBINSKY;
DENNIS G. FENN; JOHN P. FRANZ;
WILLIAM A. GAUNTT; THOMAS W. GRIMSHAW;
DAVID W. HICKMAN; WARREN C. HOUSEMAN;
STEPHEN C. KENNEY; JAMES R. MAHONEY;
THOMAS R. MARTI; DAVIDW. MAYFIELD;
WILLIAM H. MCINTOSH; ROY MCKINNEY;
DAVID C.MCMURTRY; DANIEL C. MELCHIOR, III;
GEORGEANN N. MOREKAS; WILLIAM C. PARIS;
MATTHEW G. RADEK; KEVIN R. SMITH;
LOUIS STOUT; LEONARD YAMAMOTO;
JOHN E. FOLEY; JAMES M. REDWINE;
STEWART BORNHOFT; ENZO ZORATTO;
POLLY QUICK,

Appellants

v.

IT LITIGATION TRUST; IT GROUP, INC.,
and their Affiliates, as employers and fiduciaries,
administrators and sponsors of the Plan;
CARLYLE PARTNERS II, LP, as fiduciary of the Plan
and/or tortfeasor; ANTHONY DELUCA;
FRANCIS J. HARVEY; HARRY J. SOOSE, as fiduciaries of
the Plan and as officers; IT CORPORATION DEFERRED
COMPENSATION PLAN EFFECTIVE JANUARY 1, 1996

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 04-cv-00146)
District Judge: Honorable Joseph J. Farnan, Jr.

_____

Argued April 3, 2006
Before:  RENDELL, SMITH, and BECKER*, <u>Circuit Judges</u>

(Filed : July 10, 2006)

_____

John M. Stull
1300 North Market Street
P. O. Box 1947
Wilmington, DE  19899

_____

   *    The Honorable Edward R. Becker died on May 19,
       2006.

2

Thomas A. Johnson [ARGUED]
Suite 201
33 West Mission Street
Santa Barbara, CA  93101

*Counsel for Appellants*
  *John Accardi; David L. Backus; Rochelle Bookspan;*
  *Melissa L. Dubinsky; Dennis G. Fenn; John P. Franz;*
  *William A. Gauntt; Thomas W. Grimshaw;*
  *David W. Hickman; Warren C. Houseman;*
  *Stephen C. Kenney; James R. Mahoney;*
  *Thomas R. Marti; David W. Mayfield;*
  *William H. McIntosh; Roy McKinney;*
  *David C. McMurtry; Daniel C. Melchior, III;*
  *Georgeann N. Morekas; William C. Paris;*
  *Matthew G. Radek; Kevin R. Smith; Louis Stout;*
  *Leonard Yamamoto; John E. Foley;*
  *James M. Redwine; Stewart Bornhoft;*
  *Enzo Zoratto; Polly Quick*

Jeffrey M. Schlerf
The Bayard Firm
222 Delaware Avenue
P. O. Box 25130, 9th Floor
Wilmington, DE   19899

John K. Cunningham
Ileana A. Cruz
White & Case
200 South Biscayne Boulevard
Suite 4900

Miami, FL   33131

*Counsel for Appellees*
    *IT Litigation Trust; IT Group, Inc.,*
    *and Their Affiliates, As Employers and*
    *Fiduciaries, Administrators and Sponsors*
    *of the Plan*

Mark D. Collins
Jason M. Madron
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE   19899

Timothy L. Patten
Latham & Watkins
555  11th Street, N.W.
Suite 1000
Washington, DC  20004

*Counsel for Appellees*
    *Carlyle Partners II, LP, as Fiduciary of the*
    *Plan And/or Tortfeasor*

Ronald S. Gellert
Eckert, Seamans, Cherin & Mellott
1515 Market Street, Suite 900
Philadelphia, PA  19102

Mark A. Willard
Delia B. Bianchin
Sandra R. Mihok
Eckert, Seamans, Cherin & Mellott
600 Grant Street, 44th Floor
Pittsburgh, PA   15219

*Counsel for Appellee*
   *Anthony DeLuca*

Michael J. Prame [ARGUED]
Groom Law Group Chartered
1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC  20006

*Counsel for Appellee*
   *Francis J. Harvey*

Charles A. DeMonaco
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA   15222-5402

*Counsel for Appellee*
   *Harry J. Soose, as Fiduciaries of the Plan*
   *and as Officers*

_____

AMENDMENT TO PRECEDENTIAL
OPINION AND JUDGMENT OF THE COURT
_____

Upon consideration of the uncontested motion by United States Trustee requesting that the Court issue an Order Amending the Opinion and Caption to delete the reference to "Mark S. Kenny, Trustee," it is hereby

ORDERED that the captions of the Court's Opinion and Judgment entered on May 25, 2006 be and the same are hereby so amended.

BY THE COURT:

*/s/ Marjorie O. Rendell*
_____
Circuit Judge

Dated: July 10, 2006

6